# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| QUAD INT'L, INC., | CASE NO. 0:12-cv-2682 |
| Plaintiff, | |
| v. | Judge: Hon. Richard H. Kyle |
| JOHN DOE, | Magistrate Judge: Hon. Jeanne J. Graham |
| Defendant. | |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(d)

I, the undersigned, certify that the memorandum complies with the length limitation of LR 7.1(d) and with the type size limitation of LR 7.1(f). The memorandum consists of 171 words (excluding this Certificate) when the word processing program has been applied specifically to include all text, including headings, footnotes, and quotations. The Word processing program used to prepare this memorandum was Microsoft Office Word 2007.

Respectfully submitted,

Quad Int'l., Inc.

DATED: January 28, 2013

By:   s/ Michael K. Dugas
      Michael K. Dugas
      Bar No. 0392158
      Attorney for Plaintiff
      Alpha Law Firm LLC
      900 IDS Center
      80 South 8th Street
      Minneapolis, MN 55402
      Telephone: (415) 325 – 5900
      mkdugas@wefightpiracy.com