**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| QUAD INT'L, INC., | CASE NO. 0:12-cv-2682 |
| Plaintiff, | |
| v. | |
| | Judge: Hon. Richard H. Kyle |
| JOHN DOE, | Magistrate Judge: Hon. Jeanne J. Graham |
| Defendant. | |

---

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 28, 2013, all individuals of record who are deemed to have consented to electronic service are being served true and correct copy of the foregoing documents, and all attachments and related documents, using the Court's ECF system.

                                                           s/ Michael K. Dugas